UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

IN RE: §
§
JAMES P. JONES § CASE NO. 11-32059
PAMELA K. JONES §
§
§ Chapter 13

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS
## AND CERTIFICATE OF SERVICE

1. I am making application to receive $3,094.80, which was deposited as unclaimed funds on behalf of *Finco, Inc. d/b/a Finger Furniture*.

2. Applicant is entitled to receive the requested funds, has made sufficient inquiry and has no knowledge that any other party may be entitled to, and is not aware of any dispute regarding the funds at issued based upon the following:

☐ a. Applicant is the creditor/debtor named in paragraph 1, and the owner of the funds appearing on the records of this Court, as evidenced by the attached documents.

☐ b. Applicant is the attorney in fact for the creditor/debtor named in paragraph 1, with authority to receive such funds, or who is authorized by the attached original Power of Attorney to file this application on behalf of the creditor/debtor.

☐ c. Applicant is the assignee or successor-in-interest of the creditor/debtor named in paragraph 1, or the representative of the assignee or successor-in-interest, as evidenced by the attached documents establishing claim of ownership and/or assignment.

☐ d. Applicant is a duly authorized corporate officer (if a corporation) or a general partner (if partnership) and a representative of the creditor/debtor named in paragraph 1.

☐ e. Applicant is the representative of the estate of the deceased creditor/debtor named in paragraph 1, as evidenced by the attached certified copies of death certificate and other appropriate probate documents substantiating applicants right to act on behalf of the decedent's estate.

■ f. None of the above apply. As evidenced by the attached documents, Applicant is entitled to these unclaimed funds because Applicant is the Chapter 7 Bankruptcy Trustee for the Estate of Finco, Inc. d/b/a Finger Furniture evidenced by the attached Exhibit "A" which is the creditor and the owner of the funds appearing on the records of this Court evidenced by the attached Exhibit "B".

3.  I understand that pursuant to 18 U.S.C. § 152, I could be find no more than $5,000 or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document or accompany supporting documents. I further understand that any indications of fraud detected by the Court will be turned over to the U.S. Attorney for possible prosecution.

4.  I declare under penalty of perjury under the laws of the United States of America that the foregoing statements and information are true and correct.

Dated: September 4, 2014  Applicant's Signature: _____
                           Applicant's Name: Eva S. Engelhart
                           Address: 2 Riverway, Suite 700
                                    Houston, TX 77056
                           Phone: 713-626-1200

Subscribed and sworn before me this 3 day of September, 2014.

CHRISTINE ESCAMILLA
My Commission Expires
October 31, 2017

_____
Notary Public
State of Texas
My commission expires: 10-31-17

Attachments:
1.  Exhibit "A" – Notice of Bankruptcy Filing and Appointment of Trustee
2.  Exhibit "B" – Order authorizing deposit of unclaimed funds.
3.  Form W-9

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of September, 2014, a true and correct copy of this application for payment of unclaimed funds was served by first class United States Mail on the following:

U.S. Attorney
P.O. Box 61129
Houston, TX 77208

U.S. Trustee
515 Rusk Ave., Suite 3516
Houston, TX 77002

_____
Eva S. Engelhart
Chapter 7 Trustee for the Estate of
Finco, Inc. d/b/a Finger Furniture

