United States Bankruptcy Court
Southern District of Texas

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 01/16/2014 at 5:01 PM and filed on 01/16/2014.

**Finco, Inc.**
17355 Tomball Parkway
Suite 1E
Houston, TX 77064
713-221-4500
Tax ID / EIN: 80-0453344
*dba* **Finger Furniture**



| The case was filed by the debtor's attorney: | The bankruptcy trustee is: |
| --- | --- |
| **Matthew Scott Okin**<br>Okin & Adams LLP<br>1113 Vine Street, Suite 201<br>Houston, TX 77002<br>713-228-4100 | **Eva S Engelhart**<br>Ross Banks May Cron and Cavin PC<br>2 Riverway<br>Ste 700<br>Houston, TX 77056-1918<br>713-626-1200 |

The case was assigned case number 14-30383 to Judge Karen K. Brown.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.txs.uscourts.gov/ or at the Clerk's Office, United States Bankruptcy Court, PO Box 61010, Houston, TX 77208.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

David J. Bradley
Clerk, U.S. Bankruptcy Court



EXHIBIT A

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/02/2014 09:30:23 | | | |
| PACER Login: | rb6644 | Client Code: | |
| Description: | Notice of Filing | Search Criteria: | 14-30383 |
| Billable Pages: | 1 | Cost: | 0.10 |