IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: James P. Jones | § | CASE NO: 11-32059-H1-13 |
| Pamela K. Jones | § | |
| | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 13 |

## ORDER

CAME ON FOR CONSIDERATION, the Trustee's Motion to Deposit Funds into the Court Registry pursuant to 11 U.S.C. § 347 (a), and it is therefore

ORDERED that David G. Peake, the Chapter 13 Standing Trustee is authorized to deposit all unclaimed funds, now held by him, in this case in the amount $3,094.80 owed to GEMB/FINGER FURNITURE into the Registry of the Court pursuant to 11 U.S.C. § 347 (a).

SIGNED this the 22nd day of August 2014

This order is signed for the Court by
the clerk under authority of 28 U.S.C.
§ 956 and General Order 2000-3.
DAVID J. BRADLEY, CLERK
By: _____
                Deputy Clerk

_____
DEPUTY CLERK


EXHIBIT B

## EXHIBIT "A"

| | | |
|---|---|---|
| IN RE: James P. Jones<br>Pamela K. Jones | §<br>§<br>§<br>§ | CASE NO: 11-32059-H1-13 |
| DEBTOR(S) | § | CHAPTER 13 |

### UNCLAIMED FUNDS

| NAME & ADDRESS: | CLAIM NO: | AMOUNT |
|---|---|---|
| GEMB/FINGER FURNITURE<br>PO BOX 981439<br>EL PASO, TX  79998 | 8 | $3,094.80 |
| TOTAL FOR UNCLAIMED FUNDS | | $3,094.80 |