UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JAMES P. JONES | § | CASE NO. 11-32059 |
| PAMELA K. JONES | § | |
| | § | |
| | § | Chapter 13 |

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon the application of Eva S. Engelhart, Chapter 7 Trustee for the Estate of Finco, Inc. d/b/a Finger Furniture seeking payment of $3,094.80 representing funds previously unclaimed by

> GEMB/Finger Furniture
> P.O. Box 981439
> El Paso, TX 79998

a creditor or debtor in the above-entitled case, and it appearing from the application and supporting documentation that the Estate of Finco, Inc. d/b/a Finger Furniture is entitled to the unclaimed funds, it is

ORDERED that the Clerk pay $3,094.80 to:

> Estate of Finco, Inc. d/b/a Finger Furniture
> c/o Eva S. Engelhart, Chapter 7 Trustee
> 2 Riverway, Suite 700
> Houston, TX 77056

Signed: _____

_____
UNITED STATES BANKRUPTCY JUDGE