IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 11-32059 |
| JAMES P. JONES ET AL | § | |
| | § | Chapter 7 |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of January, 2015, a true and correct copy of the Order Setting Hearing and Docket Control Order Regarding Continuance on the Trustee Engelhart's Motion to Pay Unclaimed Funds (Doc. #88) was forwarded to the parties listed below by regular U.S. Mail, first class postage prepaid.

Dated this 23rd day of January, 2015.

                                              Respectfully submitted,

                                              /S:/ EVA S. ENGELHART
                                              Eva S. Engelhart - #00796513
                                              Chapter 7 Trustee
                                              2 Riverway, Suite 700
                                              Houston, Texas 77056
                                              Tel: 713-626-1200
                                              Fax: 713-623-6014
                                              Email: eengelhart@rossbanks.com

U.S. Attorney
P.O. Box 61129
Houston, TX 77208

U.S. Trustee
515 Rusk Ave., Suite 3516
Houston, TX 77002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 11-32059 |
| JAMES P. JONES ET AL | § | |
| | § | Chapter 7 |

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of January, 2015, a true and correct copy of the Order Setting Hearing and Docket Control Order Regarding Continuance on the Trustee Engelhart's Motion to Pay Unclaimed Funds (Doc. #88) was forwarded to the parties listed below by regular U.S. Mail, first class postage prepaid.

Dated this 23rd day of January, 2015.

Respectfully submitted,

 /S:/ EVA S. ENGELHART
Eva S. Engelhart - #00796513
Chapter 7 Trustee
2 Riverway, Suite 700
Houston, Texas 77056
Tel: 713-626-1200
Fax: 713-623-6014
Email: eengelhart@rossbanks.com

U.S. Attorney
P.O. Box 61129
Houston, TX 77208

U.S. Trustee
515 Rusk Ave., Suite 3516
Houston, TX 77002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 11-32059 |
| JAMES P. JONES ET AL | § | |
| | § | Chapter 7 |

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 23rd day of January, 2015, a true and correct copy of the Order Setting Hearing and Docket Control Order Regarding Continuance on the Trustee Engelhart's Motion to Pay Unclaimed Funds (Doc. #88) was forwarded to the parties listed below by regular U.S. Mail, first class postage prepaid.

    Dated this 23rd day of January, 2015.

                                                                         Respectfully submitted,

                                                                         /S:/ EVA S. ENGELHART
                                                                        Eva S. Engelhart - #00796513
                                                                        Chapter 7 Trustee
                                                                        2 Riverway, Suite 700
                                                                        Houston, Texas 77056
                                                                        Tel: 713-626-1200
                                                                        Fax: 713-623-6014
                                                                        Email: eengelhart@rossbanks.com

U.S. Attorney
P.O. Box 61129
Houston, TX 77208

U.S. Trustee
515 Rusk Ave., Suite 3516
Houston, TX 77002