

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
01/21/2015

| | | |
|---|---|---|
| IN RE: | § | |
| JAMES P. JONES, *et al* | § | CASE NO: 11-32059 |
| Debtor(s) | § | |
| | § | CHAPTER 13 |

ORDER SETTING HEARING AND
DOCKET CONTROL ORDER REGARDING CONTINUANCES

Setting

A hearing will be conducted at **9:00 a.m. on February 10, 2015,** in Courtroom 404, 4th Floor, 515 Rusk Avenue, Houston, Texas, to consider Trustee Engelhart's Motion to Pay Unclaimed Funds (Doc. #88). The Court will consider evidence and arguments, as appropriate. Within two business days of receipt of this notice, the movant shall serve a copy of this notice on all parties entitled to notice of the hearing and file a certificate of service with the Court.

CONTINUANCES

The Court has set the hearing with a sufficient time to allow discovery regarding disputed factual matters. If additional time for discovery is required, then a continuance must be sought within 5 days of entry of this order. If the parties are in agreement, they should contact the Court's case manager within the first 5 days to reschedule the hearing. If the parties are not in agreement, then a motion for continuance must be filed.

If a continuance is not sought within the first 5 days after entry of this order, then parties requesting a continuance will be required to file a motion and demonstrate exigent circumstances that justify a continuance. **Continuances will not be freely granted. If a continuance has not been granted, then parties must appear at the scheduled hearing with evidence. Continuances will not be granted on oral motions made at the schedule hearing.**

SIGNED **January 21, 2015.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE

```
                            United States Bankruptcy Court
                              Southern District of Texas
In re:                                                               Case No. 11-32059-mi
James P. Jones                                                       Chapter 13
Pamela K. Jones
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0541-4          User: adol                  Page 1 of 1                  Date Rcvd: Jan 21, 2015
                              Form ID: pdf002             Total Noticed: 9


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 23, 2015.
db/jdb         +James P. Jones,    Pamela K. Jones,    8720 FM 2447,    Chappell Hill, TX 77426-6190
aty            +Mitchell J. Buchman,    Barrett Daffin Frappier Turner & Engel,    1900 St James Place, Suite 500,
                 Houston, TX 77056-4125
cr             +GE Capital Retail Bank,    Bruce J. Squillante Controller,    4211 Metro Parkway,
                 MS 5A Unclaimed Property Division,    Ft. Myers, FL 33916-9406
cr             +Harley-Davidson Credit Corp.,    PO Box 829009,    Dallas, Tx 75382-9009
cr             +Riverpark on the Brazos Property Owners Associatio,    Bartley & Spears, P.C.,
                 14811 St. Mary's Lane, Suite 270,    Houston, TX 77079-2908
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: recoverybankruptcy@afninet.com Jan 21 2015 22:41:18      Afni, Inc.,   PO BOX 3667,
                 Bloomington, IL 61702-3667
cr             +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 21 2015 22:41:19
                 East Bay Funding, LLC,    c/o Resurgent Capital Services,    PO Box 288,
                 GREENVILLE, SC 29602-0288
cr              E-mail/Text: jcap_bnc_notices@jeffersoncapitalinternational.com Jan 21 2015 22:37:11
                 JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    ST CLOUD, MN 56302-9617
cr              E-mail/PDF: resurgentbknotifications@resurgent.com Jan 21 2015 22:47:47       LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                               TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bank of America, N.A.
cr              Capio Partners, LLC
cr              Crescent Bank & Trust
cr              Finco Inc
                                                                                               TOTALS: 4, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 21, 2015 at the address(es) listed below:
              David G Peake     court@peakech13trustee.com
              David G Peake    on behalf of Trustee David G Peake court@peakech13trustee.com
              Eva S Engelhart    on behalf of Creditor   Finco Inc eengelhart@rossbanks.com
              Jason D. Laas-Sughrue    on behalf of Debtor James P. Jones sughrueassocnotices2@yahoo.com,
               notice@sughruelawfirm.com
              Jason D. Laas-Sughrue    on behalf of Joint Debtor Pamela K. Jones sughrueassocnotices2@yahoo.com,
               notice@sughruelawfirm.com
              Sidney H Scheinberg    on behalf of Creditor   Crescent Bank & Trust
               Sid.Scheinberg@GodwinLewis.com,
               sidscheinberg@sbcglobal.net;Vicki.Tamborello@GodwinLewis.com;Shannon.Wu@GodwinLewis.com;Tenacia.W
               hiteside@GodwinLewis.com
              Sidney H Scheinberg    on behalf of Creditor   Capio Partners, LLC Sid.Scheinberg@GodwinLewis.com,
               sidscheinberg@sbcglobal.net;Vicki.Tamborello@GodwinLewis.com;Shannon.Wu@GodwinLewis.com;Tenacia.W
               hiteside@GodwinLewis.com
              Steve Turner    on behalf of Creditor   Bank of America, N.A. sdecf@BDFGROUP.com,
               marshak@BDFGroup.com
              US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV
              Walter Edward Spears    on behalf of Creditor   Riverpark on the Brazos Property Owners
               Association, Inc. wspears@bartleyspears.com,  vjacobs@bartleyspears.com
                                                                                               TOTAL: 10
```